Submitted on briefs January 14, decided February 3, 1914.

## SMITH v. BUSHEY.

(138 Pac. 462.)

**Intoxicating Liquors—Local Option Election—Form of Ballot.**

In a local option election, a ballot in the language, "Official ballot for Stayton precinct, Marion County, Oregon. Vote for or against prohibition of the sale of intoxicating liquors for beverage purposes for the entire municipality of Stayton in Marion County, Oregon," discloses that it is intended for the town of Stayton alone, and is sufficient.

From Marion: WILLIAM GALLOWAY, Judge.

This is a suit by G. Q. Smith and E. P. Schott, partners doing business under the firm name and style of Smith & Schott, against W. M. Bushey, as county judge of Marion County, Oregon; J. T. Beckwith and W. H. Goulet, as county commissioners of said Marion County, constituting the County Court of said county, for the transaction of county business.    From a decree for plaintiffs, defendants appeal.

REVERSED: SUIT DISMISSED.

Submitted on briefs without argument under the proviso of Rule 18 of the Supreme Court: 56 Or. 622 (117 Pac. xi).

For appellants there was a brief over the names of *Mr. Ernest R. Ringo,* District Attorney, *Mr. Isaac H. Van Winkle* and *Mr. William H. Trindle.*

For respondents there was a brief over the name of *Mr. S. H. Heltzel.*

In Banc.    MR. JUSTICE EAKIN delivered the opinion of the court.

This is a suit to restrain defendant from issuing an order prohibiting the sale of intoxicating liquors in the town of Stayton, Marion County, Oregon.    The issues presented by the appeal in this case, with the exception of the question of the form of the ballot, are determined by the opinion just filed in the case of *Wiley* v. *Reasoner, ante,* p. 103 (138 Pac. 250), and the decision in that case is referred to as controlling in this.

The form and sufficiency of the ballot are alleged to have been defective; being in the following language: "Official ballot for Stayton precinct, Marion County, Oregon.    Vote for or against prohibition of the sale of intoxicating liquors for beverage purposes for the entire municipality of Stayton, in Marion County,

Oregon.'' This clearly discloses that it is intended for the town of Stayton alone, and there is no allegation or suggestion that others than legal voters within the town cast ballots on the local, option question at said election, and the form of ballot was sufficient for that purpose.

The decree of the lower court is reversed and the suit is dismissed.          REVERSED: SUIT DISMISSED.

MR. JUSTICE BURNETT dissents.